**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| QIU JIN LI, a.k.a. Quijin Li, a.k.a. Qujing Li | No. 10-72587 |
| Petitioner, | Agency No. A095-716-364 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:     RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Qiu Jin Li, a native and citizen of China, petitions for review of the Board of

Immigration Appeals' ("BIA") order denying her motion to remand and dismissing

her appeal from an immigration judge's ("IJ") decision denying her application for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).  We deny Li's request for
oral argument.

asylum.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review de novo due process contentions, *Yan Liu v. Holder*, 640 F.3d 918, 930 (9th Cir. 2011), and we dismiss in part and deny in part the petition for review.

Li's only contention is that the IJ violated her due process rights by compelling her to reveal privileged attorney-client communications.  We lack jurisdiction to consider this contention because Li did not raise it to the BIA.  *See Tall v. Mukasey*, 517 F.3d 1115, 1120 (9th Cir. 2008).

Li does not otherwise challenge the BIA's dispositive adverse credibility findings.  Accordingly, we deny the petition.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**